### UNITED STATES of America, Plaintiff—Appellee,

v.

### Lawrence Puzon BATAN, Defendant—Appellant.

### No. 06–50453.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 25, 2008.

Alessandra P. Serano, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vince J. Brunkow, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

## MEMORANDUM **

Lawrence Puzon Batan appeals from the 120–month sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for use of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A), as enhanced by 18 U.S.C. § 924(c)(1)(A)(iii).

Batan contends that his Sixth Amendment rights were violated because the district court imposed a sentence higher than the maximum sentence authorized by facts he admitted or were found by a jury.

This contention is foreclosed. *See United States v. Dare*, 425 F.3d 634, 635–36, 640–43 (9th Cir.2005) (holding that the statutory maximum for § 924(c) is life imprisonment and that the judge may find during sentencing that a defendant discharged a firearm by a preponderance of the evidence).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.